**Valerio LIMON-GUERRERO, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

### No. 15-71030

United States Court of Appeals, Ninth Circuit.

Submitted October 25, 2016.*

Filed November 04, 2016

William J. Baker, Moreno & Associates, Chula Vista, CA, for Petitioner.

Anthony W. Norwood, Senior Litigation Counsel, OIL, U.S. Department of Justice,

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

**558**

Washington, DC, Chief Counsel ICE, San Francisco, CA, for Respondent.

Before: LEAVY, SILVERMAN, and GRABER, Circuit Judges.

MEMORANDUM **

Valerio Limon-Guerrero, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen and review de novo claims of due process violations. *Cano–Merida v. INS*, 311 F.3d 960, 964 (9th Cir. 2002). We deny the petition for review.

The agency did not abuse its discretion or violate due process in denying Limon-Guerrero's motion to reopen, where Limon-Guerrero did not establish that his decision to accept voluntary departure and waive his right to appeal was not knowing, intelligent, and voluntary. *See* 8 C.F.R. § 1003.23(b)(3) (requirements for motion to reopen); *Lata v. I.N.S.*, 204 F.3d 1241, 1246 (9th Cir. 2000) (requiring error and prejudice to prevail on a due process claim); *United States v. Ubaldo–Figueroa*, 364 F.3d 1042, 1048 (9th Cir. 2004) (waiver of right to appeal a removal order does not comport with due process when it is not "considered and intelligent" (internal citation omitted)).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).